In the Matter of UNUM REAL ESTATE CORPORATION, Respondent, against MARK GRAVES et al., Constituting the State Tax Commission, Appellants.

Argued November 14, 1939; decided November 28, 1939.

*John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for appellants.

*George E. Cleary* and *Robert G. Surridge* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.